56 A.3d 859

IN THE MATTER OF CARL D. GENSIB, AN ATTORNEY
AT LAW (ATTORNEY NO. 029931990).

November 29, 2012.

## ORDER

This matter having been duly presented to the Court on the recommendation of the Disciplinary Review Board, it is ORDERED that **CARL D. GENSIB** of **NORTH BRUNSWICK,** who was admitted to the bar of this State in 1990, and who was suspended from the practice of law for a period of six months, effective April 9, 2012, by Order of this Court filed March 9, 2012, be restored to the practice of law, effective immediately; and it is further

ORDERED that **CARL D. GENSIB** shall use the services of a title company to disburse all funds and prepare HUD–1 forms in all real estate transactions conducted by respondent until the further Order of the Court,